

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2019

No. 04-18-00933-CV

**IN RE G.I.P. AND C.V.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02526
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     This is an accelerated appeal from the trial court's order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), asserting there is no meritorious issue to raise on appeal. Counsel states appellant has been provided copies of the brief and motion to withdraw and informed of the right to review the record and file a pro se brief. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.). Additionally, counsel states appellant has been provided with a form motion to use to request access to the record.

     If appellant desires to file a pro se brief, we order the brief due March 5, 2019. The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court